THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PAUL HINES, | : | |
| | : | |
| Plaintiff, | : | 3:23-CV-01843 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| | : | |
| TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, THIS 12th DAY OF APRIL 2024, for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant Experian Information Solutions, Inc.'s Motion to Compel Arbitration (Doc. 27) is **DENIED WITHOUT PREJUDICE.**

2. The parties shall have **SIXTY (60) DAYS** from the date of this Order in which to conduct limited discovery on the issue of whether there is a valid agreement to arbitrate.

Robert D. Mariani
United States District Judge